# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YULAN ZHAO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DIRECTOR OF LOS ANGELES ASYLUM OFFICE, ET AL.,<br><br>　　　　Defendants. | No. 2:23-cv-09363-AB-PD<br><br>**ORDER RE:**<br>**JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION**<br><br>Honorable Andre Birotte Jr.<br>United States District Judge |

　　The Court has reviewed the Parties' Stipulation to Stay Case Pending Adjudication of Application. Defendants have agreed to adjudicate Plaintiff's application. Rather than stay the action, Court **DISMISSES** the action without costs and without prejudice to the right to re-open the action, or seek an extension to do so, by December 1, 2025, if Defendants have not provided their decision. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 02, 2024　　　　　　　_____

　　　　　　　　　　　　　　　　　　　HONORABLE ANDRE BIROTTE JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE